### CAMPA v. STATE.
No. 23703.

Court of Criminal Appeals of Texas.
June 18, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

940

HAWKINS, Presiding Judge.

Conviction is for selling beer without a license, punishment assessed being a fine of $500.00.

We do not find in the record either statement of facts or bills of exception.

The complaint and information charge the offense.

Nothing is presented for review.

The judgment is affirmed.